UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MICHAEL SIBBITT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PITTSBURG, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-04377-TEH<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE ON AUGUST 7, 2017** |

On August 7, 2017, the Court held a case management conference with the parties. During the conference, the Court informed the parties of Judge Henderson's upcoming retirement on August 11, 2017 and the case reassignment process that would immediately follow. Considering these circumstances, the Court finds that the parties' current issues would be more appropriately handled by the next judge. Therefore, a further case management conference is scheduled for **September 25, 2017 at 1:30 PM** in Courtroom 12, San Francisco. The parties shall submit an updated joint case management conference statement no later than **September 18, 2017**. These dates are scheduled with the parties' understanding that the case will be reassigned to another judge upon Judge Henderson's retirement, and that the judge receiving the case may reschedule the case management conference at his or her discretion. Until then, the parties are instructed to work together, in good faith, to narrow and resolve their current disputes.

**IT IS SO ORDERED.**

Dated: 8/8/2017

_____
THELTON E. HENDERSON
United States District Judge