| | |
|---|---|
| 1 | BROWN | POORE LLP |
| 2 | Scott A. Brown (SBN 177099) |
|   | David M. Poore (SBN 192541) |
| 3 | 1350 Treat Boulevard, Suite 420 |
|   | Walnut Creek, California 94597 |
| 4 | Telephone: (925) 943-1166 |
|   | Facsimile: (925) 955-8600 |
| 5 | sbrown@bplegalgroup.com |

Attorneys for Plaintiffs
MICHAEL SIBBITT, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIBBITT, JR., | ) Case No. 3:16-CV-04377 |
| | ) Case No. 3:16-CV-04373 |
| Plaintiffs, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO CONTINUE DISCOVERY** |
| CITY OF PITTSBURG; BRIAN | ) **AND EXPERT DESIGNATION** |
| ADDINGTON, MICHAEL PERRY and DOES | ) **DEADLINES; DECLARATION OF** |
| 1-25, | ) **SCOTT A. BROWN IN SUPPORT OF** |
| | ) **SAME** |
| Defendants. | ) |
| | |
| ELISABETH ANNE TERWILLIGER., | ) |
| Plaintiffs, | ) |
| v. | ) |
| CITY OF PITTSBURG; BRIAN | ) |
| ADDINGTON, MICHAEL PERRY and DOES | ) |
| 1-25, | ) |
| Defendants. | ) |

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY

PLAINTIFFS MICHAEL SIBBITT JR., ELISABETH ANNE TERWILLIGER ("Plaintiffs") and DEFENDANTS CITY OF PITTSBURG, BRIAN ADDINGTON, MICHAEL PERRY, and PATRICK WENTZ ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS on October 5, 2017, the Court issued a Case Management Scheduling Order (Document 56) and set the following deadlines:

- April 5, 2018 – deadline for non-expert discovery;
- April 26, 2018 – deadline for expert designation;
- May 31, 2018 – deadline for rebuttal expert designation;
- June 21, 2018 – deadline to complete expert discovery.

WHEREAS the parties have agreed to explore potential resolution of these consolidated cases by attending mediation with Honorable Hurl Johnson (Ret.) on April 17, 2018. This was the earliest date the parties could obtain that accommodated Judge Johnson's schedule;

WHEREAS the parties have agreed to a modified discovery schedule (2 depositions) before the mediation with the remaining depositions to occur after mediation should the cases not resolve;

WHERAS the parties agree that it is most efficient and in the best interests of the Court and the parties for the Court to continue the deadlines for non-expert and expert discovery as set forth below; so that the parties can pursue settlement possibilities without incurring unnecessary litigation expenses associated with factual and expert discovery.

WHEREAS the parties believe good cause exists to continue the discovery cutoff dates as set forth below and an amendment to the scheduling order will cause no prejudice to either party since both parties have agreed to the continuance; and because the adjustment will not affect the other dates set by this Court and the trial date will not need to be continued.

NOW THEREFORE, the parties stipulate, by and through their counsel and pursuant to Court approval, that:

- The deadline for non-expert discovery is continued to June 27, 2018;
- The deadline for designation of expert witnesses is July 20, 2018;

- Parties will designate their supplemental and rebuttal experts on or before August 10, 2018;
- Discovery of expert witnesses shall be completed by August 31, 2018.

IT IS SO STIPULATED.

Dated: March 7, 2018         BROWN POORE LLP

*/s/ Scott A. Brown*

SCOTT A. BROWN
*Attorneys for Plaintiffs Michael Sibbitt, Jr. and Elisabeth Terwilliger*

Dated: March 7, 2018         JACKSON LEWIS PC

*/s/ Michael J. Christian*

MICHAEL J. CHRISTIAN
*Attorneys for Defendants City of Pittsburg, Brian Addington, Michael Perry, and Patrick Wentz*

**DECLARATION OF SCOTT A. BROWN IN SUPPORT OF STIPULATION**

I, SCOTT A. BROWN, declare:

1. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Northern District. I am an attorney with the firm of Brown Poore, LLP, which represents Plaintiffs Michael Sibbitt, Jr. and Elisabeth Anne Terwilliger in the above-captioned matter. I have personal knowledge of the facts stated herein and if called as a witness I could and would competently testify thereto under oath.

2. In January 2018, after the pleadings were amended, my office noticed several depositions of defense affiliated witnesses or employees to occur in February 2018. Defendants raised objections to some of the deposition notices which were resolved informally. Defendants and their counsel were unavailable during January and February 2018 for these depositions. They have also requested several witnesses for deposition.

3. Defendants' counsel, Michael Christian, and I have agreed on behalf of the parties to pursue potential resolution of these cases by participating in mediation on April 17, 2018 with Honorable Hurl Johnson (Ret.) in either Sacramento or San Francisco. We believe the most efficient use of the parties' resources involves proceeding with two depositions before the mediation and the remaining 6-8 depositions of defense affiliated witnesses after the mediation if a settlement is not reached.

4. No previous time modifications or continuances have been requested. The parties do not believe the requested time modification would impact any other scheduled dates in this matter.

5. I attest that concurrence in the filing of this document has been obtained from Michael Christian, counsel for defendants, the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of March 2018, at Walnut Creek, California.

*/s/ Scott A. Brown*
SCOTT A. BROWN

PURSUANT TO STIPULATION AND SUPPORTING DECLARATION, IT IS SO ORDERED.

Dated: 3/8/18

_____
The Honorable Richard Seeborg
United States District Judge