BROWN | POORE LLP
SCOTT A. BROWN (SBN 177099)
DAVID M. POORE (SBN 192541)
1350 Treat Boulevard, Suite 420
Walnut Creek, California 94597
Telephone: (925) 943-1166
Facsimile: (925) 955-8600
sbrown@bplegalgroup.com

Attorneys for Plaintiff
MICHAEL SIBBITT, JR. and
ELISABETH TERWILLIGER

JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN, SBN 173727
SHANE R. LARSEN, SBN 283966
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: christianm@jacksonlewis.com
       shane.larsen@jacksonlewis.com

CONOR J. DALE, SBN 274123
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: conor.dale@jacksonlewis.com

Attorneys for Defendants
CITY OF PITTSBURG, BRIAN ADDINGTON, MICHAEL PERRY
and PATRICK WENTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIBBITT, JR.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG; BRIAN ADDINGTON; MICHAEL PERRY and DOES 1-25;<br><br>Defendants. | Case No. 3:16-cv-04377-RS<br><br>**JOINT STIPULATION FOR DISMISSAL AS TO INDIVIDUAL DEFENDANT MICHAEL PERRY PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**<br><br>Complaint Filed: August 3, 2016<br>FAC Filed: November 20, 2017<br>Trial Date: November 5, 2018 |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that individual Defendant MICHAEL PERRY may be dismissed without prejudice as to individual Defendant MICHAEL PERRY only; each party to bear his/her/its own attorneys' fees and costs.

DATED: March 27, 2018                        BROWN | POORE LLP

By:   */s/ Scott A. Brown [as auth. on 3.27.2018]*
      Scott A. Brown
      David M. Poore
      Attorneys for PLAINTIFF
      MICHAEL SIBBITT JR. and
      ELISABETH TERWILLIGER

Dated: March 27, 2018                        JACKSON LEWIS P.C.

By:   */s/ Michael J. Christian*
      Michael J. Christian
      Conor J. Dale
      Shane R. Larsen

      Attorneys for Defendants
      CITY OF PITTSBURG, BRIAN
      ADDINGTON, MICHAEL PERRY
      and PATRICK WENTZ

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: March 27, 2018

                                  */s/ Michael J. Christian*
                                  Michael J. Christian

I hereby attest that I have been authorized by Plaintiff's counsel to file with his electronic signature, and I will maintain on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: March 27, 2018

                                  */s/ Michael J. Christian*
                                  Michael J. Christian

2

Stipulation for Dismissal as to Michael Perry        *Sibbitt v. City of Pittsburg, et al.*
                                                 USDC-Eastern Case No. 3:16-cv-04377-RS

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: __3/27__, 2018     _____
                                    Judge of the U.S. District Court

4831-2992-3423, v. 1

3

Stipulation for Dismissal as to Michael Perry     *Sibbitt v. City of Pittsburg, et al.*
                                                  USDC-Eastern Case No. 3:16-cv-04377-RS