BROWN | POORE LLP
SCOTT A. BROWN (SBN 177099)
DAVID M. POORE (SBN 192541)
1350 Treat Boulevard, Suite 420
Walnut Creek, California 94597
Telephone: (925) 943-1166
Facsimile: (925) 955-8600
sbrown@bplegalgroup.com

Attorneys for Plaintiff
MICHAEL SIBBITT, JR.


JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN, SBN 173727
SHANE R. LARSEN, SBN 283966
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: christianm@jacksonlewis.com
shane.larsen@jacksonlewis.com

Attorneys for Defendants
CITY OF PITTSBURG, BRIAN
ADDINGTON and PATRICK WENTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIBBITT, JR.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG; BRIAN ADDINGTON; MICHAEL PERRY and DOES 1-25;<br><br>Defendants. | Case No. 3:16-cv-04377-RS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>Complaint Filed: August 3, 2016<br>FAC Filed: November 20, 2017<br>Trial Date: November 5, 2018 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

1

STIPULATION FOR DISMISSAL W-PREJUDICE

*Sibbitt v. City of Pittsburg, et al.*
USDC-Eastern Case No. 3:16-cv-04377-RS

Plaintiff MICHAEL SIBBITT, JR. and Defendants CITY OF PITTSBURG, BRIAN ADDINGTON and PATRICK WENTZ by and through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED AND AGREED:

DATED: June 20, 2018  BROWN | POORE LLP

By:   */s/ Scott A. Brown [as auth. on 6.20.2018]*
Scott A. Brown
David M. Poore
Attorneys for PLAINTIFF
MICHAEL SIBBITT JR.

DATED: June 20, 2018  JACKSON LEWIS P.C.

By:   */s/ Michael J. Christian*
Michael J. Christian
Conor J. Dale
Shane R. Larsen

Attorneys for Defendants
CITY OF PITTSBURG, BRIAN
ADDINGTON, and PATRICK WENTZ

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: June 20, 2018

*/s/ Michael J. Christian*
Michael J. Christian

I hereby attest that I have been authorized by Plaintiff's counsel to file with his electronic signature, and I will maintain on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: June 20, 2018

*/s/ Michael J. Christian*
Michael J. Christian

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: __June 21__, 2018   _____
                            Judge of the U.S. District Court

4833-8863-1147, v. 1